Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOHN NANCI**

          Plaintiff,

          v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

          Defendant.

_____

CV 10-6363-HZ

ORDER FOR EAJA
ATTORNEY FEES

      Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $6,482.00 for attorney fees and $350.00 in costs to Plaintiff to be

mailed to Plaintiff's attorney at 316 Second Rd, Summertown, TN. 38483.

      It is so ORDERED

      Dated this 18th day of January, 2012.

                         /s/ Marco A. Hernandez
                         United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES